INDIANA AREA SCHOOL DISTRICT, Petitioner,

v.

INDIANA AREA EDUCATION ASSOCIATION, Respondent.

Supreme Court of Pennsylvania.

Oct. 23, 2007.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of October, 2007, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by petitioner, are:

1. Whether allowance of appeal should be granted to address the issue of whether the courts may enforce an arbitrator's award that negates a decision of the Pennsylvania Labor Relations Board ("PLRB") and allows an unfair labor practice and a violation of the Public Employee Act, 43 P.S. § 1101.101 *et seq.*, as found by the PLRB, to continue?

2. Whether allowance of appeal should be granted to address the issue of whether the "essence test" applies when an arbitrator errs as a matter of law because he lacks subject matter jurisdiction?

Dennis Lee SHEFFIELD, Appellant,

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS and Pennsylvania Board of Probation And Parole, Appellees.

Supreme Court of Pennsylvania.

Oct. 24, 2007.

## ORDER

PER CURIAM.

AND NOW, this 24th day of October, 2007, the order of the Commonwealth Court is **AFFIRMED**.

Justice FITZGERALD dissents.